IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Asheville Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **GEORGE B. HYLER, JR.,** | ) | Case No. 18-10267 |
| | ) | |
| Debtor. | ) | |

### PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE DEBTOR'S ESTATE HOLDS A SUBSTANTIAL OR <u>CONTROLLING INTEREST</u>

This is the report as of July 20, 2018 on the value, operations and profitability of those entities in which George B. Hyler, Jr, (the "Debtor") holds a substantial or controlling interest (a "Controlled Non-Debtor Entity") as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

The Debtor holds a substantial or controlling interest in the following Controlled Non-Debtor Entity:

| **Name of Entity** | **Interest of the Estate** |
|---|---|
| Hyler & Lopez, PA (the "Firm") | 99% |

This Periodic Report contains five exhibits:

*Exhibit A* contains the most recently available financial figures generated by the Firm and as reported on the Firm's 2016 Federal Tax Return.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

The undersigned, having reviewed the Entity Reports for the Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3.

Date:  July 20, 2018

                                      */s/ George B. Hyler, Jr.*
                                      George B. Hyler, Jr.

**Exhibit A**
**Financial Information**

**Cash Balances as of July 19, 2018:**

Operating Account - $111,925
Trust Accounts - $636,662

**Financial Figures Reported on the Firm's 2016 Federal Tax Return:**

Total Income = $831,455
Taxable Income = $16,942

**End of Year Financial Figures Reported on the Firm's 2016 Federal Tax Return, Schedule L (Balance Sheet Per Books):**

Assets:
Cash: $78
Current Assets (including trust account holdings): $302,468
Loan to Shareholders: $9,869
Other Assets: $25,141
Total Assets: $337,556

Liabilities and Shareholder Equity:
Current Liabilities (including trust account holdings): $307,138
Common Stock: $100
Un-Appropriated Retained Earnings: $30,318
Total Liabilities and Shareholder Equity: $337,556

Net Income = $25,151

**Note: the Debtor estimates gross receipts for 2017 were $766,488.82. The Debtor estimates that the remaining figures will be substantially similar as reported on the 2016 Federal Tax Return.**

**Exhibit B**
**Description of Operations**

    The Firm was incorporated in 1990 and is located in Asheville, North Carolina. It operates from office space rented from the Debtor. The Firm consists of two partners and one associate. Their primary practices include personal injury, worker's compensation, family law, social security disability, criminal defense, and civil litigation.

**Exhibit C**
**Description of Intercompany Claims**

  This exhibit is inapplicable because the Debtor holds a substantial or controlling interest in only one Controlled Non-Debtor Entity.

**Exhibit D**
**Allocation of Tax Liabilities and Assets**

    There are no tax sharing or tax allocation agreements between the Firm and the Debtor. The Firm is registered as a professional corporation and files a Form 1120 Corporate Income Tax Return.

**Exhibit E**
**Description of Controlled Non-Debtor Entity's Payments of Administrative Expenses, or Professional Fees Otherwise Payable by a Debtor**

No payments relevant to this Exhibit have been made.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest* was served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case on the date shown below.

Dated: Charlotte, North Carolina
       July 20, 2018

                          **MOON WRIGHT & HOUSTON, PLLC**

                          */s/ Richard S. Wright*
                        Richard S. Wright (NC Bar No. 24622)
                        Cole Hayes (NC Bar No. 44443)
                        121 West Trade Street, Suite 1950
                        Charlotte, North Carolina 28202
                        (704) 944-6560
                        *Counsel for the Debtor*