# 341 FIRST CREDITOR'S MEETING
# PROCEEDINGS MEMO
# CHAPTER 11

| | |
|---|---|
| DEBTOR: | George B. Hyler, Jr. |
| CASE NO. | 18-10267 |
| DATE / TIME: | 07.26.18 / 1:00 p.m. |
| CONTINUED: | |
| FILING DATE: | 06.25.18 |
| APPEARANCES: | |
| PRINCIPAL OFFICER / REPRESENTATIVE: | |
| SWORN / AFFIRMED: | ☑ YES    ☐ NO |
| DEBTOR ATTORNEY: | Richard S. Wright |

**AMENDMENTS / ANNOUNCEMENTS:**

| |
|---|
| |
| |
| |

**EMPLOYEES, ETC.:**
**    STOCKHOLDERS:**

| |
|---|
| Ø |
| |
| |

**DIRECTORS:**

| |
|---|
| |
| |
| |

**EMPLOYEES:**  Number F/T: _____
                            Number P/T: _____
Key/Insider Employees:

Changes in above prior to filing:

| |
|---|
| |
| |

Changes in above subsequent to filing:

**BUSINESS OPERATION/ADMINISTRATIVE REQUIREMENTS:**

Nature of Business:

attorney + leases

Factors Contributing to Bankruptcy Filing:

have 2 large loans with Home Trust Bank
had a forbearance agreement on one loan; the
other was current but was cross collateralized & both
were called resulting in foreclosure

Compliance with Operating Order:

post-petition bank accounts with TruPoint bank

Operational Changes Subsequent to Filing:

Plan Formulation:

100% payout — may sell and/or refinance

**BANKRUPTCY ADMINISTRATOR**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CREDITORS' COMMITTEE MEETING MINUTES**

| CASE NAME: | George B. Hyler, Jr. |
|---|---|
| CASE NO.: | 18-10267 |
| DATE: | 07.26.18 |

**PRESENT FOR CREDITORS' COMMITTEE:**

Counsel retained?        _____YES        _____NO

Accountant employed?    _____YES        _____NO

Topics Discussed (check)

Role of Creditors' Committee (powers and duties)

_____Debtor's Operating Reports
_____Compliance of Debtor with Operating Requirement
_____Appointment of Chapter 11 Trustee
_____Appointment of Examiner
_____Conversion or Dismissal of Case
_____Disclosure Statement and Plan
_____Other

**COMMENTS:**

| |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE:                                    )
                                          )   Case No.:      18-10267
GEORGE B. HYLER, JR.                      )
                                          )   Chapter 11
                                          )
SOC. SEC. #:        xxx-xx-8443           )
                                          )
_____Debtor._____    )

| ATTORNEY FOR DEBTOR: | Richard S. Wright |
|---|---|
| PRESIDING OFFICER: | Shelley K. Abel / Alexandria P. Kenny / Ann V. Dornblazer |
| DATE: | 07.26.18 |

**SECTION 341 APPEARANCE SHEET - CHAPTER 11**

| CREDITOR | REPRESENTATIVE | ADDRESS & PHONE |
|---|---|---|
| Tru Point Bank | David Nave | |
| Home Trust Bank | Lance Martin | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**ITEMS REQUESTED / ADDITIONAL REQUIREMENTS:**

| ITEM | DATE DUE |
|------|----------|
| appraisals for non-residential real property; copy of lease w/ Aldi. Amend Schedule B to add listing agreement; 2016 tax return + 2017 when filed; copies of financial statements | August 9, 2018 |

**CREDITOR / ASSET INFORMATION:**

Secured Creditors:

| NAME | ASSET | VALUE | CLAIM |
|------|-------|-------|-------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Priority Creditors:

| NAME/CLASS | CLAIM | PROPOSED DISTRIBUTION |
|------------|-------|-----------------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Unsecured Creditors:

| NAME/CLASS | CLAIM | PROPOSED DISTRIBUTION |
|------------|-------|-----------------------|
|  |  |  |
|  |  |  |
|  |  |  |

**OTHER ASSETS:** (Real Property, Accounts, Vehicles, Equipment, Inventory, A/R, Contracts, Leases):

|  |
|--|
|  |

**POST PETITION PAYMENTS/CREDIT ARRANGEMENTS:**

Cash Collateral/Post Petition Financing:

|  |
|--|
|  |
|  |

Taxes:

|  |
|--|
|  |
|  |

Operating Debt:

|  |
|--|
|  |
|  |

Secured Debt:

|  |
|--|
|  |
|  |

**COMMENTS:**

|  |
|--|
|  |
|  |
|  |

_Alex Kenney_
Presiding Officer